UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST COAST SEAFOOD, LLC,

                              Plaintiff,

               -against-

JAPAN TRUST CO., LTD.,

                              Defendant.

23-CV-4854 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The initial pretrial conference is hereby RESCHDULED for **November 16, 2023 at 3:00 p.m.** The joint letter and proposed case management plan, see ECF No. 7, are due no later than **November 9, 2023**.

Dated: October 17, 2023
       New York, New York

                              SO ORDERED.

                              _____

                              JESSICA G. L. CLARKE
                              United States District Judge