JOHN F RYAN, ESQ.   320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

# MEMO ENDORSED

January 17, 2024

The Honorable Jessica G. L. Clarke
United States District Court Judge
USDC SDNY
500 Pearl Street, Room 1040
New York, NY 10007

RE: East Coast Seafood LLC
    V.
    Japan Trust Co., Ltd.
    And
    Japan Trust Co., Ltd.
    V.
    Hapag Lloyd(America) LLC
23-cv-04854 (JGLC)

Dear Judge Clarke

    I represent the Plaintiff, East Coast Seafood, LLC in the captioned Litigation, herein after referred to as East Coast   and submit this letter motion to request that the video conference now scheduled for January 24, 2024 at 4:00PM be adjourned to a date of the Court's choosing after February 21, 2024

    On January 9, 2024 Third-Party Defendant Hapag-Lloyd (America) LLC., hereinafter referred to as Hapag-Lloyd was served with the Third-Party Complaint which was filed by Defendant Japan Trust on January 3, 2024. At the present time Hapag-Lloyd's time to answer, appear or otherwise move is January 30, 2024. In addition, a settlement proposal is under consideration.

An adjournment would provide Hapag-Lloyd the opportunity to participate in the referenced conference and time for preliminary settlement discussions.

Counsel firmly believe that the requested adjournment could be of benefit to both the parties and the Court by saving valuable time and resources.

With the foregoing in mind counsel request that the video conference scheduled for January 24, 2024 at 4:00PM be adjourned to a date of the Court's choosing after February 21, 2024. Counsel for Japan Trust Co., Ltd. Defendant and Third-Party Plaintiff, join in this request.

The Court's consideration and attention to the foregoing is greatly appreciated.

Respectfully submitted,

*[signature]*

The initial pretrial conference scheduled for January 24, 2024 is hereby ADJOURNED *sine die*. The parties shall file a joint status letter no later than **February 1, 2024**.

The Clerk of Court is directed to terminate ECF No. 26. SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 19, 2024