UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

East Coast Seafood LLC,

         Plaintiff,

  -against-

Japan Trust Co., Ltd.. et al.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2024

1:23-cv-04854 (JGLC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, April 23, 2024, at 2:00 p.m. EST. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

  The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, April 16, 2024).

SO ORDERED.

Dated:  New York, New York
     March 8, 2024

                 _____
                 STEWART D. AARON
                 United States Magistrate Judge